UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN RUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 10-40251-FDS |
| GUY W. GLODIS, GERALDINE ) | |
| SOMERS, THOMAS PATNAUDE, ) | |
| KATHY WISNIEWSKI, et al., ) | |
| Defendants. ) | |
| ) | |

MEMORANDUM AND ORDER ON
DEFENDANT'S MOTION FOR CLARIFICATION

**SAYLOR, J.**

This action is brought by a state prisoner for alleged medical malpractice and inadequate prison conditions arising out of injuries he suffered in a motor vehicle accident while being transported in custody. On October 24, 2011, this Court issued a Memorandum and Order on motions relating to service of process, discovery, and sanctions. That order provided, in part:

2. within 21 days of the date of this Order, counsel for the defendants shall either (a) agree to accept service for Glodis, Patnaude, and Wisniewski by filing a notice of the same; or (b) submit, *ex parte* and under seal, the last known addresses, if any, at which Glodis, Patnaude, and Wisniewski may be personally served;

(October 24, 2011 Order.).

Defendant Patnaude has filed a motion for clarification as to what duties this order imposes on his counsel. Because Dr. Patnaude's attorney represents Dr. Patnaude alone, and not defendants Glodis and Wisniewski, the motion requests "clarification that the Court's Order does not require counsel for Dr. Patnaude to release the last known home addresses of Dr. Wisniewski

or Dr. Glodis, but simply that of Dr. Patnaude." The Court endorses this limitation on its prior order, which was never intended to require that the attorney for any particular defendant represent, in effect, another defendant. Thus, counsel for defendant Patnaude may comply with the October 24 Order by submitting, *ex parte* and under seal, the last known address, if any, at which Patnaude may be personally served. The deadline imposed by the previous order will be extended to allow counsel to comply with the clarified order.

## Order

Within 21 days of the date of this Order, counsel for defendant Patnaude shall either (a) agree to accept service for Patnaude by filing a notice of the same; or (b) submit, *ex parte* and under seal, the last known address, if any, at which Patnaude may be personally served;

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 7, 2011